# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL and ST. CHRISTOPHER'S HEALTHCARE, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>HEERY INTERNATIONAL INC.,<br><br>    Defendant. | Adv. Proc. No. 21-50937 (MFW) |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, that Plaintiffs Center City Healthcare LLC d/b/a Hahnemann University Hospital and St. Christopher's Healthcare, LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby dismiss with prejudice and without costs all claims asserted in the above-captioned adversary proceeding against Defendant Heery International Inc.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

Dated: October 28, 2021	**SAUL EWING ARNSTEIN & LEHR LLP**

By:	*/s/ Monique B. DiSabatino*
	Mark Minuti (DE Bar No. 2659)
	John D. Demmy (DE Bar No. 2802)
	Monique B. DiSabatino (DE Bar No. 6027)
	1201 N. Market Street, Suite 2300
	P.O. Box 1266
	Wilmington, DE  19899
	Telephone: (302) 421-6800
	Fax: (302) 421-6813
	mark.minuti@saul.com
	john.demmy@saul.com
	monique.disabatino@saul.com

	-and-

	Jeffrey C. Hampton
	Adam H. Isenberg
	Jorge Garcia
	Shannon A. McGuire
	Centre Square West
	1500 Market Street, 38th Floor
	Philadelphia, PA 19102
	Telephone: (215) 972-7777
	Fax: (215) 972-7725
	jeffrey.hampton@saul.com
	adam.isenberg@saul.com
	jorge.garcia@saul.com
	shannon.mcguire@saul.com

	*Counsel for the Plaintiffs*

2

39173138.1 10/28/2021